UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case no. 2:13-cv-10082 |
| | ) | |
| EDWARD J. HOLLAND, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

The United States of America, pursuant to 26 U.S.C. § 7401, with the authorization of the Secretary of the Treasury of the United States and at the direction of the Attorney General of the United States, brings this civil action to collect, and to obtain a judgment for, assessed unpaid liabilities for federal internal revenue taxes, penalties, fees and collection costs, and interest, due and owing from the defendant Edward J. Holland, Jr.  For its complaint, the United States alleges as follows:

1.     Jurisdiction over this action is conferred upon the district court in 28 U.S.C. §§ 1331, 1340 and 1345, and 26 U.S.C. § 7402(a).

2.     Upon information and belief, the defendant Edward J. Holland, Jr., claims residence in Novi, Michigan, which is in the Eastern District of Michigan.

3.     Upon information and belief, the tax liabilities at issue in this case accrued in the Eastern District of Michigan.

4.     Upon information and belief, Edward J. Holland, Jr., filed federal income tax returns for the taxable years at issue in this case in the Eastern District of Michigan.

5.      On the dates and for the taxable years set forth in the table below, a delegate of

the Secretary of the Treasury made assessments against Edward J. Holland, Jr., for unpaid

federal income taxes, plus statutory additions, as follows:

| Taxable Year | Date of Assessment | Type of Assessment | Amount of Assessment ($) |
|---|---|---|---|
| 1991 | 01/16/2003 | Tax<br>Accuracy-Related Penalty<br>Late Filing Penalty<br>Interest | 242,166.00<br>48,433.20<br>54,504.23<br>445,128.54 |
| | 2/17/2003 | Interest<br>Late Payment Penalty | 3,461.36<br>1,128.98 |
| | 3/12/2012 | Fees and Expenses for Collection | 1,592.00 |
| 1992 | 01/16/2003 | Tax<br>Accuracy-Related Penalty<br>Late Filing Penalty<br>Interest | 181,199.00<br>36,239.80<br>40,769.78<br>291,347.34 |
| | 02/17/2003 | Interest<br>Late Payment Penalty | 2,414.08<br>905.99 |
| 1993 | 01/16/2003 | Tax<br>Accuracy-Related Penalty<br>Late Filing Penalty<br>Interest | 271,496.00<br>54,299.20<br>61,086.60<br>380,126.33 |
| | 02/17/2003 | Interest<br>Late Payment Penalty | 3,324.65<br>1,213.53 |
| | 08/18/2003 | Fees and Expenses for Collection | 37.00 |
| | 9/15/2003 | Fees and Expenses for Collection | 16.00 |

| Taxable Year | Date of Assessment | Type of Assessment | Amount of Assessment ($) |
|---|---|---|---|
| 1994 | 01/16/2003 | Tax<br>Accuracy-Related Penalty<br>Late Filing Penalty<br>Interest | 244,959.00<br>48,991.80<br>39,974.45<br>274,290.18 |
|  | 07/19/2004 | Fees and Expenses for collection | 14.00 |
| 1996 | 08/21/2006 | Tax<br>Accuracy-Related Penalty<br>Interest | 343,180.00<br>68,636.00<br>364,966.20 |
|  | 11/01/2010 | Late Payment Penalty | 75,038.11 |
| 1997 | 08/21/2006 | Tax<br>Accuracy-Related Penalty<br>Interest | 371,513.00<br>74,303.00<br>323,485.96 |
|  | 11/01/2010 | Late Payment Penalty | 92,574.36 |
| 1998 | 02/05/2007 | Tax<br>Accuracy-Related Penalty<br>Late Filing Penalty<br>Interest | 155,760.00<br>31,152.00<br>7,788.00<br>130,197.69 |
|  | 10/29/2007 | Tax<br>Accuracy-Related Penalty<br>Late Filing Penalty<br>Interest | 100,307.00<br>210,061.35<br>5,015.35<br>257,446.27 |
|  | 11/01/2010 | Late Payment Penalty | 64,016.75 |
| 1999 | 02/05/2007 | Tax<br>Accuracy-Related Penalty<br>Late Fling Penalty<br>Interest | 169,626.00<br>33,925.20<br>42,406.50<br>129,518.62 |
|  | 11/12/2007 | Tax<br>Accuracy-Related Penalty<br>Late Filing Penalty | 394,697.00<br>78,939.40<br>98,674.75 |

3

| Taxable Year | Date of Assessment | Type of Assessment | Amount of Assessment ($) |
|---|---|---|---|
| 2000 | 02/19/2007 | Tax<br>Accuracy-Related Penalty<br>Late Filing Penalty<br>Interest | 466,942.00<br>92,301.80<br>116,735.50<br>272,882.48 |
| | 11/12/2007 | Tax<br>Accuracy-Related Penalty<br>Late Filing Penalty | 239,856.00<br>47,971.20<br>59,963.50 |

| Taxable Year | Date of Assessment | Type of Assessment | Amount of Assessment ($) |
|---|---|---|---|
| 2001 | 9/1/2003 | Tax<br>Late Filing Penalty<br>Late Payment Penalty<br>Interest | 27,423.00<br>6,170.17<br>2,330.95<br>2,461.05 |
| | 02/09/2004 | Fees and Expenses for Collection | 52.00 |
| | 06/14/2004 | Fees and Expenses for Collection | 14.00 |
| | 10/31/2005 | Late Payment Penalty | 4,524.80 |
| | 02/05/2007 | Tax<br>Accuracy-Related Penalty<br>Late Filing Penalty | 639,403.00<br>90,576.60<br>166,706.50 |
| | 5/28/2007 | Fees and Expenses for Collection | 41.00 |
| | 11/12/2007 | Tax<br>Accuracy-Related Penalty<br>Late Filing Penalty<br>Interest<br>Late Payment Penalty | 206,659.00<br>41,331.80<br>23,658.13<br>466,887.73<br>57,546.27 |
| | 12/31/2007 | Fees and Expenses for Collection | 34.00 |
| | 12/08/2008 | Fees and Expenses for Collection | 210.00 |
| | 2/16/2009 | Fees and Expenses for Collection | 70.00 |
| | 11/01/2010 | Late Payment Penalty | 153,969.23 |

| Taxable Year | Date of Assessment | Type of Assessment | Amount of Assessment ($) |
|---|---|---|---|
| 2002 | 07/07/2008 | Tax<br>Late Filing Penalty<br>Interest<br>Late Payment Penalty<br>Estimated Tax Penalty | 950,047.00<br>213,760.58<br>428,719.55<br>237,511.75<br>23,034.10 |
| | 10/06/2008 | Fees and Expenses for Collection | 34.00 |
| 2003 | 07/07/2008 | Tax<br>Late Filing Penalty<br>Interest<br>Late Payment Penalty<br>Estimated Tax Penalty | 651,676.00<br>146,627.10<br>246,325.79<br>153,143.86<br>16,814.02 |
| | 08/25/2008 | Late Payment Penalty | 9,775.14 |
| 2004 | 07/07/2008 | Tax<br>Estimated Tax Penalty<br>Late Filing Penalty<br>Interest<br>Late Payment Penalty | 679,740.00<br>19,479.34<br>152,941.50<br>204,584.94<br>118,954.50 |
| | 08/25/2008 | Late Payment Penalty | 16,993.50 |

6.      A delegate of the Secretary of the Treasury gave notice of the assessments described in the preceding paragraph, to Edward J. Holland, Jr., and made a demand for payment of the liabilities upon Edward J. Holland, Jr.

8.      Despite notice and demand, Edward J. Holland, Jr., has failed, neglected, or refused to pay the amount of the assessed liabilities described in paragraph 5, above, plus accruals thereon, in full, and after the application of all abatements, payments and credits, he is liable to the United States in the amount of $18,373,488.99, plus statutory interest and additions accruing thereon from May 30, 2012.

6

WHEREFORE, the plaintiff United States of America demands: (1) judgment in favor of

the plaintiff United States of America and against the defendant Edward J. Holland, Jr., for

federal income taxes, plus statutory accruals, for the taxable years 1991 through 1994, and 1996

through 2004, in the total amount of $18,373,488.99, plus statutory interest and additions

accruing thereon from May 30, 2012; (2) its costs in the action; and (3) such other and further

relief as the Court determines is just and proper.

> KATHRYN KENEALLY
> Assistant Attorney General
> U.S. Department of Justice, Tax Division
>
>
> /s/ James E. Brown
> JAMES E. BROWN
> Trial Attorney
> U.S. Department of Justice, Tax Division
> P.O. Box 55, Ben Franklin Station
> Washington, D.C. 20044
> Telephone: (202) 307 6053
> Facsimile: (202) 514 5238
> Email: James.E.Brown2@usdoj.gov