# COMPOSITE EXHIBIT D

Mr. Patmon's billing invoices rendered to EHLP
6-2010, 7-2010, 8-2010, 9-2010, 10-2010, 11-2010, 12-2010, 8-2013
[Mr. Patmon's billing invoices reflect discounted rate of $350 for non-returnable retainer fees of $200,000 and $250,000 and billing invoices of $.24M]

Dated: 8/5/13
**BILLING INVOICE NO. 8-2013**
**Billing Period: 2013/02/07/13**
**Through 3/20/13**

Frederick Patmon, Sr.
P.O. Box 44716
Detroit MI 48244
(313) 865-7335
<fappcc@gmail.com>

**REDACTED**

To   Edward J. Holland, Jr.
c/o Craig Holland
22028 Collins #6
Woodland Hills CA 91367
<Eddinajackson@gmail.com>
-and-
Clarence B. Tucker Sr. Esq.
<cbtuckersr@comcast.net>

---

Frederick Patmon Sr. - BILLING INVOICE #8-2013 for the period 2/7/13 through 3/20/13 pursuant to the Agreement dated 2/25/13 and signed 3/4/13 between Clarence B. Tucker Sr. Esq. *et al.* and Edward J. Holland, Jr. *et al.*, ¶s 3A and 4 (engagement of Frederick Patmon Sr. as "Consultant" at "hourly rate of $350.00") and Clarence B. Tucker Sr. Esq.'s E-mails of 2/6/13, 2/26/13, 2/27/13, 2/9/13, 2/13/13, 3/3/13 and 3/6/13 for Frederick Patmon Sr.'s Recorded Music and Music Publishing *Koval* pre-litigation support and due diligence, forensic, investigative, research, searches, assemblage and collection of data, information and documentation, implementation and transactions consulting services rendered on an expedited and priority basis to Edward J. Holland, Jr. by and through Clarence B. Tucker Sr. Esq. and to Clarence B. Tucker Sr. Esq. as his general and litigation counsel (among sundry others), namely:

Confidential and subject to the covenants of the Confidentiality and
Non-Disclosure/Use/Competition Agreement of 11/29/11

Page 1 of 7

| | |
|---|---:|
| TOTAL HOURS | 113.2 |

123 hours @ Billing Discounted
Rate of Hourly Rate of $350.00

| | | |
|---|:---:|---:|
| **BALANCE DUE** (fees) | = | $39,620.00 |
| Plus Costs and Expenses | | $ <u>700.00</u> |
| **TOTAL** | | $40,320.00 |
| Less payment of 3/7/13 | | $ <u>5,000.00</u> |
| **BALANCE OVER DUE** | | <u>$ 35,320.00</u> |

Confidential and subject to the covenants of the Confidentiality and
Non-Disclosure/Use/Competition Agreement of 11/29/11

Page 7 of 7

84 hours @ Billing to Requested Deep Discounted
and Adjusted Hourly Rate of $350.00*

    **BALANCE OVER DUE**  =        <u>$ 29,400.00</u>

*NOTES:

[1] This discretionary 30% Discounted and Adjusted Billing Hourly Rate and Billing Invoice #11-2010 does not include Frederick Patmon Sr.'s reimbursement and payment for costs and expenses incurred on behalf of Clarence B. Tucker Sr. Esq., Clarence B. Tucker Sr. PLLC, Edward J. Holland, Jr., EHLP and EHRVI SPC Inc. pursuant to the above-referenced Agreements.

[2] During the course of Frederick Patmon Sr.'s engagement under the subject Consultants Agreements and Authorizations and Directions to Proceed by and from EHLP, its General Partner, Edward Holland Royalty Venture I SPC Inc. and Edward J. Holland, Jr. and their general counsel, Clarence B. Tucker Sr. Esq., Mr. Patmon encountered significant interferences, obstructions, impediments, uncertainties, limitations and constraints (for the most part), which are described and embedded in Mr. Patmon's relevant facsimiles and e-mails transmitted to them, Michael Perlstein Esq. and Hon. Robert L. Ziolkowski during 2010-2/17/14 and as reflected in Mr. Patmon's Work Products and Progress/ Status Reports filed with the Court in <u>Patmon and Young v Holland</u>, WCC #04-430151CK during 2010-2013.

[3] In the Consultants Agreements and Authorizations and Directions to Proceed, Mr. Edward J. Holland, Jr. and EHLP agreed to certain of Mr. Patmon's disclaimers, warranties and limitations.

**All rights, remedies, privileges and causes of actions, at law or in equity, are expressly reserved.**

Confidential and subject to the covenants of the Confidentiality
and Non-Disclosure/Use/Competition Agreement of 11/29/11
Page 8 of 8

Dated: 2/18/14
Billing Invoice No. 12-2010
Billing Period 2010/12/01-12/31
Balance Over Due $ 29,400.00

Frederick Patmon, Sr.
P.O. Box 44716
Detroit MI 48244
(313) 865-7335
<fappcc@gmail.com>

**REDACTED**

To   Edward Holland Limited Partnership
22118 Sherman Way, Suite 100
Canoga Park CA 91303
    -and-
Edward J. Holland, Jr.
c/o Craig Holland
22028 Collins, #6
Woodland Hills CA 91367
<Eddinajackson@gmail.com>
    -and-
Clarence B. Tucker Sr. Esq.
Clarence B. Tucker Sr. PLLC
24151 Telegraph Rd. Suite 220
Southfield MI 48033
<cbtuckersr@comcast.net>

---

Frederick Patmon Sr.'s First Composite Monthly BILLING INVOICE #10-2010 for the period 9/1/10 through 9/30/10 pursuant to ¶ 15(a)(i) of the 2/5/12 Addendum to Confirmation of Authority and Direction to Proceed signed by Edward J. Holland, Jr. and Edward Holland LP on 2/5/12 for Frederick A. Patmon Sr.'s <u>forensic, investigative, research, searches, assemblage and collection of data, information and documentation as to accuracy, strategic advisory and specialized recorded music and music publishing defensive measures and Koval/Paache litigation support and developing, structuring, restructuring, implementations and Recorded Music and Intangible Assets purchase and sale transactions consulting services</u> rendered to Edward Holland LP and Edward J. Holland, Jr. pursuant to the Confirmation of Authority and Directions to Proceed of Edward J. Holland, Jr., EHLP Clarence B. Tucker Sr. Esq. and Clarence B. Tucker Sr. PLLC dated, signed and transmitted throughout 2010 through 2013, including on 7/6/10, 8/2/10, 10/23/10, 3/10/11 and 2/5/12 and Exhibits As thereto [Edward Holland LP's Irrevocable Letter of Direction and Disbursement Authorization] and the Addendum to Confirmation of Authority and Direction to Proceed signed 3/10/11 and Exhibits "As" thereto [Irrevocable Letter of Direction, Assignment and Disbursement Authorization] signed by Edward J. Holland, Jr. and EHLP on 2/5/12, and other implementing Directions and Authorizations To Proceed *via* Facsimile, E-mails and Engagement Agreements of Clarence B. Tucker Sr. Esq., for the overall period 6/21/10 through 2/15/14 (of which ¶s 1 through 23 of Billing Invoice #6-2010 are <u>incorporated</u> in each subsequent monthly billing invoice), (among sundry others), namely:

TOTAL HOURS                                                              143.3

143.3 hours @ Billing to Requested Deep Discounted
and Adjusted Hourly Rate of $350.00*

**BALANCE OVER DUE**     =                                        $ 50,155.00

*NOTES:

[1] This discretionary 30% Discounted and Adjusted Billing Hourly Rate and Billing Invoice #11-2010 does not include Frederick Patmon Sr.'s reimbursement and payment for costs and expenses incurred on behalf of Clarence B. Tucker Sr. Esq., Clarence B. Tucker Sr. PLLC, Edward J. Holland, Jr., EHLP and EHRVI SPC Inc. pursuant to the above-referenced Agreements.

[2] During the course of Frederick Patmon Sr.'s engagement under the subject Consultants Agreements and Authorizations and Directions to Proceed by and from EHLP, its General Partner, Edward Holland Royalty Venture I SPC Inc. and Edward J. Holland, Jr. and their general counsel, Clarence B. Tucker Sr. Esq., Mr. Patmon encountered significant interferences, obstructions, impediments, uncertainties, limitations and constraints (for the most part), which are described and embedded in Mr. Patmon's relevant facsimiles and e-mails transmitted to them, Michael Perlstein Esq. and Hon. Robert L. Ziolkowski during 2010-2/17/14 and as reflected in Mr. Patmon's Work Products and Progress/ Status Reports filed with the Court in Patmon and Young v Holland, WCC #04-430151CK during 2010-2013.

[3] In the Consultants Agreements and Authorizations and Directions to Proceed, Mr. Edward J. Holland, Jr. and EHLP agreed to certain of Mr. Patmon's disclaimers, warranties and limitations.

**All rights, remedies, privileges and causes of actions, at law or in equity, are expressly reserved.**

Confidential and subject to the covenants of the Confidentiality and Non-Disclosure/Use/Competition Agreement of 11/29/11

Page 8 of 8

Dated: 2/17/14
Billing Invoice No. 11-2010
Billing Period 2010/11/01-11/30
Balance Over Due $ 50,155.00

Frederick Patmon, Sr.
P.O. Box 44716
Detroit MI 48244
(313) 865-7335
<fappcc@gmail.com>

To    Edward Holland Limited Partnership
22118 Sherman Way, Suite 100
Canoga Park CA 91303

    -and-

Edward J. Holland, Jr.
c/o Craig Holland
22028 Collins, #6
Woodland Hills CA 91367
<Eddinajackson@gmail.com>
    -and-
Clarence B. Tucker Sr. Esq.
Clarence B. Tucker Sr. PLLC
24151 Telegraph Rd. Suite 220
Southfield MI 48033
<cbtuckersr@comcast.net>

# REDACTED

---

Frederick Patmon Sr.'s First Composite Monthly BILLING INVOICE #10-2010 for the period 9/1/10 through 9/30/10 pursuant to ¶ 15(a)(i) of the 2/5/12 Addendum to Confirmation of Authority and Direction to Proceed signed by Edward J. Holland, Jr. and Edward Holland LP on 2/5/12 for Frederick A. Patmon Sr.'s <u>forensic, investigative, research, searches, assemblage and collection of data, information and documentation as to accuracy, strategic advisory and specialized recorded music and music publishing defensive measures and *Koval/Paache* litigation support and developing, structuring, restructuring, implementations and Recorded Music and Intangible Assets purchase and sale transactions consulting services</u> rendered to Edward Holland LP and Edward J. Holland, Jr. pursuant to the Confirmation of Authority and Directions to Proceed of Edward J. Holland, Jr., EHLP Clarence B. Tucker Sr. Esq. and Clarence B. Tucker Sr. PLLC dated, signed and transmitted throughout 2010 through 2013, including on 7/6/10, 8/2/10, 10/23/10, 3/10/11 and 2/5/12 and Exhibits As thereto [Edward Holland LP's Irrevocable Letter of Direction and Disbursement Authorization] and the Addendum to Confirmation of Authority and Direction to Proceed signed 3/10/11 and Exhibits "As" thereto [Irrevocable Letter of Direction, Assignment and Disbursement Authorization] signed by Edward J. Holland, Jr. and EHLP on 2/5/12, and other implementing Directions and Authorizations To Proceed *via* Facsimile, E-mails and Engagement Agreements of Clarence B. Tucker Sr. Esq., for the overall period 6/21/10 through 2/15/14 (of which ¶s 1 through 23 of Billing Invoice #6-2010 are <u>incorporated</u> in each subsequent monthly billing invoice), (among sundry others), namely:

Confidential and subject to the covenants of the Confidentiality
and Non-Disclosure/Use/Competition Agreement of 11/29/11

|  |  |
|---|---|
| TOTAL HOURS | 120.7 |

120.7 hours @ Billing to Requested Deep Discounted
and Adjusted Hourly Rate of $350.00*

**BALANCE OVER DUE** = <u>$ 42,245.00</u>

*NOTES:

[1] This 30% Discounted and Adjusted Billing Hourly Rate and Billing Invoice #10-2010 does not include Frederick Patmon Sr.'s reimbursement and payment for costs and expenses incurred on behalf of Clarence B. Tucker Sr. Esq., Clarence B. Tucker Sr. PLLC, Edward J. Holland, Jr., EHLP and EHRVI SPC Inc. pursuant to the above-referenced Agreements.

[2] During the course of Frederick Patmon Sr.'s engagement under the subject Consultants Agreements and Authorizations and Directions to Proceed by and from EHLP, its General Partner, Edward Holland Royalty Venture I SPC Inc. and Edward J. Holland, Jr. and their general counsel, Clarence B. Tucker Sr. Esq., Mr. Patmon encountered significant uncertainties, limitations and constraints (for the most part), which are described and embedded in Mr. Patmon's relevant facsimiles and e-mails transmitted to them and Michael Perlstein Esq. during 2010-7/20/2013 and as reflected in Mr. Patmon's Progress/ Status Reports filed with the Court in <u>Patmon and Young v Holland</u>, WCC #04-430151CK during 2010-2013.

[3] In the Consultants Agreements and Authorizations and Directions to Proceed, Messrs. Patmon and Edward J. Holland, Jr. and EHLP agreed to certain disclaimers, warranties and limitations.

**All rights, remedies, privileges and causes of actions, at law or in equity, are expressly reserved.**

<div style="text-align: right;">
Dated: 8/16/13<br>
Billing Invoice <u>No. 10-2010</u><br>
Billing Period 2010/10/01-10/31<br>
Balance Over Due <u>$ 42,245.00</u>
</div>

Frederick Patmon, Sr.
P.O. Box 44716
Detroit MI 48244
(313) 865-7335
<fappcc@gmail.com>

To    Edward Holland Limited Partnership
22118 Sherman Way, Suite 100
Canoga Park CA 91303
-and-
Edward J. Holland, Jr.
c/o Craig Holland
22028 Collins, #6
Woodland Hills CA 91367
<Eddinajackson@gmail.com>

-and-
Clarence B. Tucker Sr. Esq.
Clarence B. Tucker Sr. PLLC
24151 Telegraph Rd. Suite 220
Southfield MI 48033
<cbtuckersr@comcast.net>

# REDACTED

Frederick Patmon Sr.'s First Composite Monthly BILLING INVOICE #10-2010 for the period 9/1/10 through 9/30/10 pursuant to ¶ 15(a)(i) of the 2/5/12 Addendum to Confirmation of Authority and Direction to Proceed signed by Edward J. Holland, Jr. and Edward Holland LP on 2/5/12 for Frederick A. Patmon Sr.'s forensic, investigative, research, searches, assemblage and collection of data, information and documentation as to accuracy, strategic advisory and specialized recorded music and music publishing defensive measures and *Koval/Paacke* litigation support and developing, structuring, restructuring, implementations and transactions consulting services rendered to Edward Holland LP and Edward J. Holland, Jr. pursuant to the Confirmation of Authority and Direction to Proceed of Clarence B. Tucker Sr. Esq. and Clarence B. Tucker Sr. PLLC dated, signed and transmitted 7/6/10, 8/2/10, 10/23/10 and signed 3/10/11 and Exhibit A thereto [Edward Holland LP's Irrevocable Letter of Direction and Disbursement Authorization] and the Addendum to Confirmation of Authority and Direction to Proceed signed 3/10/11 and Exhibit "A" thereto [Irrevocable Letter of Direction, Assignment and Disbursement Authorization] signed by Edward J. Holland, Jr. and EHLP on 2/5/12, and other implementing Directions and Authorizations To Proceed *via* Facsimile, E-mails and Engagement Agreements of Clarence B. Tucker Sr. Esq., for the overall period 6/21/10 through 3/31/13 (of which ¶s 1 through 23 of Billing Invoice #6-2010 are incorporated in each subsequent monthly billing invoice), (among sundry others), namely:

<div style="text-align: right;">
Confidential and subject to the covenants of the Confidentiality<br>
and Non-Disclosure/Use/Competition Agreement of 11/29/11<br>
Page 1 of 5
</div>

|  |  |
|---|---:|
| TOTAL HOURS | 127 |

127 hours @ Billing to Requested Deep Discounted and Adjusted Hourly Rate of $350.00*
        **BALANCE OVER DUE**     =     **$ 44,450.00**

*NOTES:

[1] This 30% Discounted and Adjusted Billing Hourly Rate and Billing Invoice #9-2010 does not include Frederick Patmon Sr.'s reimbursement and payment for costs and expenses incurred on behalf of Clarence B. Tucker Sr. Esq., Clarence B. Tucker Sr. PLLC, Edward J. Holland, Jr., EHLP and EHRVI SPC Inc. pursuant to the above-referenced Agreements.

[2] During the course of Frederick Patmon Sr.'s engagement under the subject Consultants Agreements and Authorizations and Directions to Proceed by and from EHLP, its General Partner, Edward Holland Royalty Venture I SPC Inc. and Edward J. Holland, Jr. and their general counsel, Clarence B. Tucker Sr. Esq., Mr. Patmon encountered significant uncertainties, limitations and constraints (for the most part), which are described and embedded in Mr. Patmon's relevant facsimiles and e-mails transmitted to them and Michael Perlstein Esq. during 2010-7/20/2013 and as reflected in Mr. Patmon's Progress/ Status Reports filed with the Court in Patmon and Young v Holland, WCC #04-430151CK during 2010-2013.

[3] In the Consultants Agreements and Authorizations and Directions to Proceed, Messrs. Patmon and Edward J. Holland, Jr. and EHLP agreed to certain disclaimers, warranties and limitations. **All rights, remedies, privileges and causes of actions, at law or in equity, are expressly reserved.**

<div style="text-align: right">
Dated: 8/13/13<br>
Billing Invoice <u>No. 9-2010</u><br>
Billing Period 2010/9/01-9/30<br>
Balance Over Due <u>$44,450.00</u>
</div>

Frederick Patmon, Sr.
P.O. Box 44716
Detroit MI 48244
(313) 865-7335
&lt;fappcc@gmail.com&gt;

To   Edward Holland Limited Partnership
22118 Sherman Way, Suite 100
Canoga Park CA 91303

-and-

Edward J. Holland, Jr.
c/o Craig Holland
22028 Collins, #6
Woodland Hills CA 91367
&lt;Eddinajackson@gmail.com&gt;

-and-

Clarence B. Tucker Sr. Esq.
Clarence B. Tucker Sr. PLLC
24151 Telegraph Rd. Suite 220
Southfield MI 48033
&lt;cbtuckersr@comcast.net&gt;

# REDACTED

---

**Frederick Patmon Sr.'s First Composite Monthly BILLING INVOICE #9-2010 for the period 9/1/10 through 9/30/10 pursuant to ¶ 15(a)(i) of the 2/5/12 Addendum to Confirmation of Authority and Direction to Proceed signed by Edward J. Holland, Jr. and Edward Holland LP on 2/5/12 for Frederick A. Patmon Sr.'s forensic, investigative, research, searches, assemblage and collection of data, information and documentation as to accuracy, strategic advisory and specialized recorded music and music publishing defensive measures and *Koval/Paache* litigation support and developing, structuring, restructuring, implementations and transactions consulting services rendered to Edward Holland LP and Edward J. Holland, Jr. pursuant to the Confirmation of Authority and Direction to Proceed of Clarence B. Tucker Sr. Esq. and Clarence B. Tucker Sr. PLLC dated, signed and transmitted 7/6/10, 8/2/10, 10/23/10 and signed 3/10/11 and Exhibit A thereto [Edward Holland LP's Irrevocable Letter of Direction and Disbursement Authorization] and the Addendum to Confirmation of Authority and Direction to Proceed signed 3/10/11 and Exhibit "A" thereto [Irrevocable Letter of Direction, Assignment and Disbursement Authorization] signed by Edward J. Holland, Jr. and EHLP on 2/5/12, and other implementing Directions and Authorizations To Proceed *via* Facsimile, E-mails and Engagement agreements of Clarence B. Tucker Sr. Esq., for the overall period 6/21/10 through 3/31/13 (of which ¶s 1 through 23 of Billing Invoice #6-2010 are incorporated in each subsequent monthly billing invoice), (among sundry others), namely:**

<div style="text-align: right">
Confidential and subject to the covenants of the Confidentiality<br>
and Non-Disclosure/Use/Competition Agreement of 11/29/11<br>
Page 1 of 5
</div>

| | |
|---|---:|
| TOTAL HOURS | 4.30 |

4.30 hours @ Billing to Requested Deep
Discounted and Adjusted Hourly Rate of $350.00*

       **BALANCE OVER DUE**   =       **$ 1,505.00**

*NOTES:
[1]This 30% Discounted and Adjusted Billing Hourly Rate and Billing Invoice #8-2010 does not include Frederick Patmon Sr.'s reimbursement and payment for costs and expenses incurred on behalf of Clarence B. Tucker Sr. Esq., Clarence B. Tucker Sr. PLLC, Edward J. Holland, Jr., EHLP and EHRVI SPC Inc. pursuant to the above-referenced Agreements.

Confidential and subject to the covenants of the Confidentiality
and Non-Disclosure/Use/Competition Agreement of 11/29/11
Page 3 of 4

Dated: 8/12/13
Billing Invoice No. 8-2010
**Billing Period 2010/8/01-8/31**
**Balance Over Due $ 1,505.00**

Frederick Patmon, Sr.
P.O. Box 44716
Detroit MI 48244
(313) 865-7335
<fappcc@gmail.com>

To    Edward Holland Limited Partnership
22118 Sherman Way, Suite 100
Canoga Park CA 91303
      -and-
Edward J. Holland, Jr.
c/o Craig Holland

22028 Collins, #6
Woodland Hills CA 91367
<Eddinajackson@gmail.com>
      -and-
Clarence B. Tucker Sr. Esq.
Clarence B. Tucker Sr. PLLC
24151 Telegraph Rd. Suite 220
Southfield MI 48033
<cbtuckersr@comcast.net>

## REDACTED

Frederick Patmon Sr.'s First Composite Monthly BILLING INVOICE #8-2010 for the period 8/1/10 through 8/31/10 pursuant to ¶ 15(a)(i) of the 2/5/12 Addendum to Confirmation of Authority and Direction to Proceed signed by Edward J. Holland, Jr. and Edward Holland LP on 2/5/12 for Frederick A. Patmon Sr.'s forensic, investigative, research, searches, assemblage and collection of data, information and documentation as to accuracy, strategic advisory and specialized recorded music and music publishing defensive measures and *Koval/Paache* litigation support and developing, structuring, implementations and transactions consulting services rendered to Edward Holland LP and Edward J. Holland, Jr. pursuant to the Confirmation of Authority and Direction to Proceed of Clarence B. Tucker Sr. Esq. and Clarence B. Tucker Sr. PLLC dated, signed and transmitted 7/6/10, 8/2/10, 10/23/10 and signed 3/10/11 and Exhibit A thereto [Edward Holland LP's Irrevocable Letter of Direction and Disbursement Authorization] and the Addendum to Confirmation of Authority and Direction to Proceed signed 3/10/11 and Exhibit "A" thereto [Irrevocable Letter of Direction, Assignment and Disbursement Authorization] signed by Edward J. Holland, Jr. and EHLP on 2/5/12, and other implementing Directions and Authorizations To Proceed *via* Facsimile, E-mails and Engagement Agreements of Clarence B. Tucker Sr. Esq., for the overall period 6/21/10 through 3/31/13 (of which ¶s 1 through 23 of Billing Invoice #6-2010 are incorporated in each subsequent monthly billing invoice), (among sundry others), namely:

Confidential and subject to the covenants of the Confidentiality
and Non-Disclosure/Use/Competition Agreement of 11/29/11

| TOTAL HOURS | 48.50 |

48.50 hours @ Billing to Requested Deep
Discounted and Adjusted Hourly Rate of $350.00*

**BALANCE OVERDUE**   =   **$ 16,975.00**

*NOTES:

[1] This 30% Discounted and Adjusted Billing Hourly Rate and Billing Invoice #7-2010 does not include Frederick Patmon Sr.'s reimbursement and payment for costs and expenses incurred on behalf of Clarence B. Tucker Sr. Esq., Clarence B. Tucker Sr. PLLC, Edward J. Holland, Jr., EHLP and EHRVI SPC Inc. pursuant to the above-referenced Agreements.

[2] During the course of Frederick Patmon Sr.'s engagement under the subject Consultants Agreements and Authorizations and Directions to Proceed by and from EHLP, its General Partner, Edward Holland Royalty Venture I SPC Inc. and Edward J. Holland, Jr. and their general counsel, Clarence B. Tucker Sr. Esq., Mr. Patmon encountered significant uncertainties, limitations and constraints (for the most part), which are described and embedded in Mr. Patmon's relevant facsimiles and e-mails transmitted to them and Michael Perlstein Esq. during 2010-7/20/2013 and as reflected in Mr. Patmon's Progress/ Status Reports filed with the Court in Patmon and Young v Holland, WCC #04-430151CK during 2010-2013.

[3] In the Consultants Agreements and Authorizations and Directions to Proceed, Messrs. Patmon and Edward J. Holland, Jr. and EHLP agreed to certain disclaimers, warranties and limitations.

**All rights, remedies, privileges and causes of actions, at law or in equity, are expressly reserved.**

Dated: 8/7/13
Billing Invoice No. 7-2010
Billing Period 2010/7/01-7/31
Balance Overdue $16,975.00

Frederick Patmon, Sr.
P.O. Box 44716
Detroit MI 48244
(313) 865-7335
<fappcc@gmail.com>

**REDACTED**

To   Edward Holland Limited Partnership
22118 Sherman Way, Suite 100
Canoga Park CA 91303
      -and-
Edward J. Holland, Jr.
c/o Craig Holland
22028 Collins, #6
Woodland Hills CA 91367
<Eddinajackson@gmail.com>
      -and-
Clarence B. Tucker Sr. Esq.
Clarence B. Tucker Sr. PLLC
24151 Telegraph Rd. Suite 220
Southfield MI 48033
<cbtuckersr@comcast.net>

---

Frederick Patmon Sr.'s First Composite Monthly BILLING INVOICE #7-2010 for the period 7/1/10 through 7/31/10 pursuant to ¶ 15(a)(i) of the 2/5/12 Addendum to Confirmation of Authority and Direction to Proceed signed by Edward J. Holland, Jr. and Edward Holland LP on 2/5/12 for Frederick A. Patmon Sr.'s forensic, investigative, research, searches, assemblage and collection of data, information and documentation as to accuracy, strategic advisory and specialized recorded music and music publishing defensive measures and *Koval/Paacke* litigation support and developing, structuring, implementations and transactions consulting services rendered to Edward Holland LP and Edward J. Holland, Jr. pursuant to the Confirmation of Authority and Direction to Proceed of Clarence B. Tucker Sr. Esq. and Clarence B. Tucker Sr. PLLC dated, signed and transmitted 7/6/10, 8/2/10, 10/23/10 and signed 3/10/11 and Exhibit A thereto [Edward Holland LP's Irrevocable Letter of Direction and Disbursement Authorization] and the Addendum to Confirmation of Authority and Direction to Proceed signed 3/10/11 and Exhibit "A" thereto [Irrevocable Letter of Direction, Assignment and Disbursement Authorization] signed by Edward J. Holland, Jr. and EHLP on 2/5/12, and other implementing Directions and Authorizations To Proceed *via* Facsimile, E-mails and Engagement agreements of Clarence B. Tucker Sr. Esq., for the overall period 6/21/10 through 3/31/13 (of which ¶s 1 through 23 OF Billing Invoice #6-2010 are incorporated in each subsequent monthly billing invoice), (among sundry others), namely:

Confidential and subject to the covenants of the Confidentiality and
Non-Disclosure/Use/Competition Agreement of 11/29/11

| TOTAL HOURS | | 51.25 |
|---|---|---|

51.25 hours @ Billing to Requested Deep Discounted
and Adjusted Hourly Rate of $350.00 *

**BALANCE OVER DUE** = **$ 17,937.50**

*NOTES:

[1] This 30% Discounted and Adjusted Billing Hourly Rate and Billing Invoice #6-2010 does not include Frederick Patmon Sr.'s reimbursement and payment for costs and expenses incurred on behalf of Clarence B. Tucker Sr. Esq., Clarence B. Tucker Sr. PLLC, Edward J. Holland, Jr., EHLP and EHRVI SPC Inc. pursuant to the above-referenced Agreements.

[2] During the course of Frederick Patmon Sr.'s engagement under the subject Consultants Agreements and Authorizations and Directions to Proceed by and from EHLP, its General Partner, Edward Holland Royalty Venture I SPC Inc. and Edward J. Holland, Jr. and their general counsel, Clarence B. Tucker Sr. Esq., Mr. Patmon encountered significant uncertainties, limitations and constraints (for the most part), which are described and embedded in Mr. Patmon's relevant facsimiles and e-mails transmitted to them and Michael Perlstein Esq. during 2010-7/20/2013 and as reflected in Mr. Patmon's Progress/ Status Reports filed with the Court in Patmon and Young v Holland, WCC #04-430151CK during 2010-2013.

[3] In the Consultants Agreements and Authorizations and Directions to Proceed, Messrs. Patmon and Edward J. Holland, Jr. and EHLP agreed to certain disclaimers, warranties and limitations.

**All rights, remedies, privileges and causes of actions, at law or in equity, are expressly reserved.**

**Confidential and subject to the covenants of the Confidentiality and Non-Disclosure/Use/Competition Agreement of 11/29/11**

Page 9 of 10

Dated: 8/6/13
**BILLING INVOICE NO. 6-2010**
Billing Period: 2010/21/06-2010/31/06
Balance Over Due: **$17,937.50**

Frederick Patmon, Sr.
P.O. Box 44716
Detroit MI 48244
(313) 865-7335
<fappcc@gmail.com>

To   Edward Holland Limited Partnership
22118 Sherman Way, Suite 100
Canoga Park CA 91303

-and-

Edward J. Holland, Jr.
c/o Craig Holland
22028 Collins, #6
Woodland Hills CA 91367
<Eddinajackson@gmail.com>
-and-
Clarence B. Tucker Sr. Esq.
Clarence B. Tucker Sr. PLLC
24151 Telegraph Rd. Suite 220
Southfield MI 48033
<cbtuckersr@comcast.net>

# REDACTED

Frederick Patmon Sr.'s First Composite Monthly BILLING INVOICE #6-2010 for the period 6/21/10 through 6/30/10 pursuant to ¶ 15(a)(i) of the 2/5/12 Addendum to Confirmation of Authority and Direction to Proceed signed by Edward J. Holland, Jr. and Edward Holland LP on 2/5/12 for Frederick A. Patmon Sr.'s forensic, investigative, research, searches, assemblage and collection of data, information and documentation as to accuracy, strategic advisory and specialized recorded music and music publishing defensive measures and *Koval/Paache* litigation support and developing, structuring, implementations and transactions consulting services rendered to Edward Holland LP and Edward J. Holland, Jr. pursuant to the Confirmation of Authority and Direction to Proceed of Clarence B. Tucker Sr. Esq. and Clarence B. Tucker Sr. PLLC dated, signed and transmitted 7/6/10, 8/2/10, 10/23/10 and signed 3/10/11 and Exhibit A thereto [Edward Holland LP's Irrevocable Letter of Direction and Disbursement Authorization] and the Addendum to Confirmation of Authority and Direction to Proceed signed 3/10/11 and Exhibit "A" thereto [Irrevocable Letter of Direction, Assignment and Disbursement Authorization] signed by Edward J. Holland, Jr. and EHLP on 2/5/12, and other implementing Directions and Authorizations To Proceed *via* Facsimile, E-mails and Engagement agreements of Clarence B. Tucker Sr. Esq., for the overall period 6/21/10 through 3/31/13 (of which ¶s 1 through 23 hereinafter are incorporated in each subsequent monthly billing invoice), (among sundry others), namely:

Confidential and subject to the covenants of the Confidentiality and
Non-Disclosure/Use/Competition Agreement of 11/29/11

Dated: 8/6/13
BILLING INVOICE NO. 6-2010
Billing Period: 2010/21/06-2010/31/06
Balance Over Due: $17,937.50

Frederick Patmon, Sr.
P.O. Box 44716
Detroit MI 48244
(313) 865-7335
<fappcc@gmail.com>

To   Edward Holland Limited Partnership
22118 Sherman Way, Suite 100
Canoga Park CA 91303
-and-
Edward J. Holland, Jr.
c/o Craig Holland
22028 Collins, #6
Woodland Hills CA 91367
<Eddinajackson@gmail.com>
-and-
Clarence B. Tucker Sr. Esq.
Clarence B. Tucker Sr. PLLC
24151 Telegraph Rd. Suite 220
Southfield MI 48033
<cbtuckersr@comcast.net>

---

      **Frederick Patmon Sr.'s First Composite Monthly BILLING INVOICE #6-2010 for the period 6/21/10 through 6/30/10 pursuant to ¶ 15(a)(i) of the 2/5/12 Addendum to Confirmation of Authority and Direction to Proceed signed by Edward J. Holland, Jr. and Edward Holland LP on 2/5/12 for Frederick A. Patmon Sr.'s forensic, investigative, research, searches, assemblage and collection of data, information and documentation as to accuracy, strategic advisory and specialized recorded music and music publishing defensive measures and *Koval/Paache* litigation support and developing, structuring, implementations and transactions consulting services rendered to Edward Holland LP and Edward J. Holland, Jr. pursuant to the Confirmation of Authority and Direction to Proceed of Clarence B. Tucker Sr. Esq. and Clarence B. Tucker Sr. PLLC dated, signed and transmitted 7/6/10, 8/2/10, 10/23/10 and signed 3/10/11 and Exhibit A thereto [Edward Holland LP's Irrevocable Letter of Direction and Disbursement Authorization] and the Addendum to Confirmation of Authority and Direction to Proceed signed 3/10/11 and Exhibit "A" thereto [Irrevocable Letter of Direction, Assignment and Disbursement Authorization] signed by Edward J. Holland, Jr. and EHLP on 2/5/12, and other implementing Directions and Authorizations To Proceed *via* Facsimile, E-mails and Engagement agreements of Clarence B. Tucker Sr. Esq., for the overall period 6/21/10 through 3/31/13 (of which ¶s 1 through 23 hereinafter are incorporated in each subsequent monthly billing invoice), (among sundry others), namely:**

Confidential and subject to the covenants of the Confidentiality and
Non-Disclosure/Use/Competition Agreement of 11/29/11

Page 1 of 10

| TOTAL HOURS | | 51.25 |
|---|---|---|

51.25 hours @ Billing to Requested Deep Discounted
and Adjusted Hourly Rate of $350.00 *

|  **BALANCE OVER DUE** | = | $ 17,937.50 |
|---|---|---|

*NOTES:

[1] This 30% Discounted and Adjusted Billing Hourly Rate and Billing Invoice #6-2010 does not include Frederick Patmon Sr.'s reimbursement and payment for costs and expenses incurred on behalf of Clarence B. Tucker Sr. Esq., Clarence B. Tucker Sr. PLLC, Edward J. Holland, Jr., EHLP and EHRVI SPC Inc. pursuant to the above-referenced Agreements.

[2] During the course of Frederick Patmon Sr.'s engagement under the subject Consultants Agreements and Authorizations and Directions to Proceed by and from EHLP, its General Partner, Edward Holland Royalty Venture I SPC Inc. and Edward J. Holland, Jr. and their general counsel, Clarence B. Tucker Sr. Esq., Mr. Patmon encountered significant uncertainties, limitations and constraints (for the most part), which are described and embedded in Mr. Patmon's relevant facsimiles and e-mails transmitted to them and Michael Perlstein Esq. during 2010-7/20/2013 and as reflected in Mr. Patmon's Progress/ Status Reports filed with the Court in Patmon and Young v Holland, WCC #04-430151CK during 2010-2013.

[3] In the Consultants Agreements and Authorizations and Directions to Proceed, Messrs. Patmon and Edward J. Holland, Jr. and EHLP agreed to certain disclaimers, warranties and limitations.

**All rights, remedies, privileges and causes of actions, at law or in equity, are expressly reserved.**

**Confidential and subject to the covenants of the Confidentiality and Non-Disclosure/Use/Competition Agreement of 11/29/11**

Page 9 of 10